1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

AT SEATTLE

10

11

TRAVIS HAGEN and BREE HAGEN,
husband and wife, individually, and their

CASE NO. 2:24-cv-00401-TL

12

martial community composed thereof; and
TATUM HAGEN, as an individual,

MINUTE ORDER

13

14

Plaintiffs,

15

v.

16

SENTRY INSURANCE COMPANY, a
Mutual Company,

17

Defendant.

18

19

The following Minute Order is made at the direction of the Court, the Honorable Tana

20

Lin, United States District Judge:

21

Plaintiffs' Motion to Extend Deadline to File Amended Pleadings (Dkt. No. 10) is

22

improperly noted as a same-day motion. *See* Local Civil Rule 7(d)(1) (enumerating the

23

categories of same-day motions). Further, the motion was improperly filed on the deadline

24

Plaintiffs seek to extend. *See* Judge Tana Lin, Standing Order for All Civil Cases § III(A)

1   (requiring motions for extensions of time to be filed at least three business days before the

2   relevant deadline).

3          Accordingly, Plaintiffs' motion is RENOTED for **August 23, 2024**. If Defendant does not

4   oppose the motion, Plaintiff may file an amended motion as a same-day motion with a notation

5   that the amended motion is unopposed.

6          Dated this 13th day of August 2024.

7                                        Ravi Subramanian
                                     Clerk of the Court

8

9                                        s/ Kadya Peter
                                     Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24