UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS HAGEN and BREE HAGEN, husband and wife, individually, and their martial community composed thereof; and TATUM HAGEN, as an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SENTRY INSURANCE COMPANY, a Mutual Company,<br><br>Defendant. | CASE NO. 2:24-cv-00401-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Defendant has not filed an opposition to Plaintiff's Motion to Extend Deadline to File Amended Pleadings (Dkt. No. 10). Accordingly, Plaintiff's motion is GRANTED.

Dated this 26th day of August 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1