IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TRAVIS HAGEN AND BREE HAGEN, HUSBAND AND WIFE, INDIVIDUALLY AND THEIR MARITAL COMMUNITY COMPOSED THEREOF, AND, TATUM HAGEN, AS AN INDIVIDUAL., | Case No. 2:24-cv-00401-TL |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS |
| v. | |
| SENTRY INSURANCE COMPANY, A FOREIGN CORPORATION, | |
| Defendants. | |

Pending before the Court is the Parties' Stipulated Motion to Stay Proceedings.

Based on the review of the Stipulated Motion and the Court being fully advised, the

Court HEREBY ORDERS that the Stipulated Motion to Stay Proceedings is GRANTED and all

Case Schedule dates are STAYED for sixty (60) days.

IT IS SO ORDERED.

DATED this 15th day of November, 2024.

_____
Tana Lin
United States District Judge

~~[PROPOSED]~~ ORDER GRANTING STIPULATED
MOTION TO STAY PROCEEDINGS
Case No.: 2:24 -cv-00401-TL - 1

SELMAN LEICHENGER EDSON
HSU NEWMAN MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

Presented by:

SELMAN LEICHENGER EDSON
HSU NEWMAN MOORE LLP

By: *s/ Daniel Heath*
     Daniel C. Heath, WSBA #49051
     600 University Street, Suite 2305
     Seattle, WA 98101-4129
     Telephone: 206.447.6461
     Facsimile: 206.588.4185
     dheath@selmanlaw.com
*Attorney for Defendant Sentry Insurance Company*


Approved as to form by:

DAVIS LAW GROUP, P.S.



BY:  *s/ Colin Hutchinson-Flaming*
     Christopher Davis, WSBA No. 23234
     Colin Hutchinson-Flaming, WSBA No. 45294
     DAVIS LAW GROUP, P.S.
     2101 Fourth Avenue, Suite 1030
     Seattle, WA 98121
     Telephone: 206.727.4000
     Facsimile: 206.727.4001
     chris@davislawgroupseattle.com
     colin@davislawgroupseattle.com
*Attorneys for Plaintiffs Travis Hagen, Bree Hagen, and Tatum Hagen*

---

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO STAY PROCEEDINGS
Case No.: 2:24-cv-00401-TL - 2

SELMAN LEICHENGER EDSON
HSU NEWMAN MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185