1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT

6                 WESTERN DISTRICT OF WASHINGTON

7                           AT SEATTLE

8   TRAVIS HAGEN AND BREE HAGEN,          Case No. 2:24-cv-00401-TL
    HUSBAND AND WIFE, INDIVIDUALLY
9   AND THEIR MARITAL COMMUNITY
    COMPOSED THEREOF, AND, TATUM          [PROPOSED] ORDER GRANTING
10  HAGEN, AS AN INDIVIDUAL.,             SECOND STIPULATED MOTION TO
                                          STAY PROCEEDINGS
11              Plaintiffs,

12      v.

13  SENTRY INSURANCE COMPANY, A
    FOREIGN CORPORATION,
14
                Defendants.
15

16
17          Pending before the Court is the Parties' Second Stipulated Motion to Stay Proceedings.

18          Based on the review of the Second Stipulated Motion and the Court being fully advised,

19  the Court HEREBY ORDERS that the Second Stipulated Motion to Stay Proceedings is

20  GRANTED and all Case Schedule dates are STAYED for an additional two (2) weeks to January

21  30, 2025.

22          IT IS SO ORDERED.

23          DATED this 15th day of January, 2025.

24

25                                        _____
                                          Tana Lin
26                                        United States District Judge

Presented by:

SELMAN LEICHENGER EDSON
HSU NEWMAN MOORE LLP

By: _/s/_ Daniel C. Heath_____
     Daniel C. Heath, WSBA #49051
     600 University Street, Suite 2305
     Seattle, WA 98101-4129
     Telephone: 206.447.6461
     Facsimile: 206.588.4185
     dheath@selmanlaw.com
*Attorney for Defendant Sentry Insurance*
*Company*

Approved as to form by:

DAVIS LAW GROUP, P.S.

BY: _/s/_ Colin Hutchinson-Flaming_ (with email authority dated 1/15/25)_____
     Christopher Davis, WSBA No. 23234
     Colin Hutchinson-Flaming, WSBA No. 45294
     DAVIS LAW GROUP, P.S.
     2101 Fourth Avenue, Suite 1030
     Seattle, WA 98121
     Telephone: 206.727.4000
     Facsimile: 206.727.4001
     chris@davislawgroupseattle.com
     colin@davislawgroupseattle.com
*Attorneys for Plaintiffs Travis Hagen, Bree Hagen, and Tatum Hagen*

[PROPOSED] ORDER GRANTING SECOND
STIPULATED MOTION TO STAY PROCEEDINGS
Case No.: 2:24-cv-00401-TL - 2

SELMAN LEICHENGER EDSON
HSU NEWMAN MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185