IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| TRAVIS HAGEN AND BREE HAGEN, HUSBAND AND WIFE, INDIVIDUALLY AND THEIR MARITAL COMMUNITY COMPOSED THEREOF, AND, TATUM HAGEN, AS AN INDIVIDUAL., <br><br> Plaintiffs, <br><br> v. <br><br> SENTRY INSURANCE COMPANY, A FOREIGN CORPORATION, <br><br> Defendants. | Case No. 2:24-cv-00401-TL <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

**ORDER**

THIS MATTER having come before the Court on the above stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby:

ORDERED that all of Plaintiffs' claims against all named Defendants in the above-captioned matter are DISMISSED WITH PREJUDICE and without any award of fees or costs to any party.

IT IS SO ORDERED.

DATED February 26, 2025.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO DISMISS WITH PREJUDICE
Case No.: 2:24 -cv-00401-TL - 1

SELMAN LEICHENGER EDSON
HSU NEWMAN MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

138 101255 4907-2687-8752 .v1

1  Presented by:

2  SELMAN LEICHENGER EDSON
3  HSU NEWMAN MOORE LLP

4  By: /s/ Daniel C. Heath
      Daniel C. Heath, WSBA #49051
5        600 University Street, Suite 2305
      Seattle, WA 98101-4129
6        Telephone: 206.447.6461
      Facsimile: 206.588.4185
7        dheath@selmanlaw.com
8  *Attorney for Defendant Sentry Insurance Company*

9

10  Approved as to form by:

11  DAVIS LAW GROUP, P.S.

12

13  BY: /s/ Colin Hutchinson-Davis (Signed with permission by Daniel C. Heath
      Christopher Davis, WSBA No. 23234
14        Colin Hutchinson-Flaming, WSBA No. 45294
15        DAVIS LAW GROUP, P.S.
      2101 Fourth Avenue, Suite 1030
16        Seattle, WA 98121
      Telephone: 206.727.4000
17        Facsimile: 206.727.4001
18        chris@davislawgroupseattle.com
      colin@davislawgroupseattle.com
19  *Attorneys for Plaintiffs Travis Hagen, Bree Hagen, and Tatum Hagen*

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
Case No.: 2:24 -cv-00401-TL - 2

SELMAN LEICHENGER EDSON
HSU NEWMAN MOORE LLP
600 University Street, Suite 2305
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

138 101255 4907-2687-8752 .v1